**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 02 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERNESTO VALDEZ ARELLANO, | No. 08-70625 |
| Petitioner, | Agency No. A096-061-833 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2009[**]

Before:     CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Ernesto Valdez Arellano, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's decision denying his application for cancellation of

removal, and denying his motion to remand.  Our jurisdiction is governed by

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252. We review de novo claims of due process violations in immigration proceedings, *Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir. 2000), and we deny in part and dismiss in part the petition for review.

Valdez Arellano's due process rights were not violated by transcription errors and the BIA's denial of his motion to remand. The proceedings were not "so fundamentally unfair that [Valdez Arellano] was prevented from reasonably presenting his case" and he had not established prejudice from the transcription errors. *Id.* at 971 (citation omitted).

We lack jurisdiction to review the agency's discretionary determination that Valdez Arellano failed to establish exceptional and extremely unusual hardship to a qualifying relative. *See Romero-Torres v. Ashcroft*, 327 F.3d 887, 890 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**